**UNITED STATES DISTRICT COURT**

## SEALED

**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 20-5304 MS |
| v. | **CRIMINAL COMPLAINT** |
| Ira Jeffrey Gaines, | |
| Eric J. Miller, | |
| Sue L. McCluskey, and | |
| David Michael Rees. | |

I, the undersigned complainant, being duly sworn, state that the information below is true and correct to the best of my knowledge and belief:

### COUNT 1
### Conspiracy
### (18 U.S.C. § 371)

1.      Beginning at least as early as on or about January 1, 2017, and continuing to the present, in the District of Arizona and elsewhere, Defendants IRA GAINES, ERIC MILLER, SUE MCCLUSKEY, and DAVID REES, individually and acting through various entities, along with other individuals and entities, knowingly and willfully agreed and conspired with each other and others to commit the following offenses against the United States: securities fraud, in violation of 15 U.S.C. 78j(b) & 17 C.F.R. § 240-10b-5; wire fraud, in violation of 18 U.S.C. § 1343; money laundering, in violation of 18 U.S.C. §§ 1956 and 1957; and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

#### Manner and Means of the Conspiracy

2.      The manner and means used by Defendants and others, individually and acting through various entities, to effect the objects of the conspiracy and scheme to defraud, included the following:

        a.      Defendants participated with each other and others to conceal GAINES' identity as the true owner of certain entities, stock shares, and bank

accounts. GAINES' identity was concealed from stock regulators, stock brokerage firms, and taxing authorities.

b.     Additionally, Defendants in many instances fraudulently converted restricted stock, or stock that could not be freely traded on a public exchange, into unrestricted stock that could be publicly traded.

c.     Additionally, Defendants in several instances hired third parties to falsely promote the stock, to create a market for the stock in anticipation of selling the stock at in inflated price.

**Overt Acts of the Conspiracy**

3.     In furtherance of the conspiracy, and to effect the objects of the conspiracy, Defendants, acting individually and through various entities, along with other individuals and entities, committed or caused to be committed, overt acts in the District of Arizona and elsewhere, including but not limited to the following:

a.     Between about February 28, 2019 and August 24, 2020, GAINES used CH as a nominee to obtain 1,500,000 shares of ADMQ stock (by using a false consulting agreement) and to sell the stock for more than $100,000.

b.     Between about April 4 and 8, 2019, GAINES directed transfer agent RS of Fidelity Transfer Services to issue unrestricted shares of GRNH stock to nominee PP, in exchange for more than $250,000.

c.     On about April 30, 2019, GAINES directed a wire transfer of $8,000 from his Banker's Trust Co. account ending 0399 to CBJ Consulting Group's Bank of America account ending 4949 for a promotional campaign for GRNH stock.

d.     On about June 10, 2020, GAINES wired $25,000 to CR (CBJ Consulting Group) from his Banker's Trust account 4131 to fund a promotional campaign for ADMQ stock.

e.     On or about December 5, 2019, MILLER discussed PP's cost for serving as a nominee for GAINES' stock transactions; PP said she would charge "about 25%" to clear stock and deposit funds into her Grand Cayman bank account.

f.      On or about April 29, 2019, MILLER engaged in e-mail correspondence with GAINES, REES, and JC discussing the strategic sale of GRNH stock by nominees.

g.      On or about April 4, 2019, MILLER e-mailed GAINES, REES, and CJ about the disposition of GRNH stock; and GAINES instructed MILLER to "tell them to start selling a million a day[,] let's [get] [C]arlos on board for Monday."

h.      On or about March 19, 2019, MCCLUSKEY signed the name of CH on a letter to a transfer agent regarding the transfer of LVVV stock shares.

i.      In or around August of 2017, MCCLUSKEY changed the drafted operating agreement for Big Thunder to substitute the name TM for GAINES as the manager.

j.      On or about April 19, 2019, MCCLUSKEY received an "Outgoing Funds Transfer Advice" of $6,000 sent to CBJ Consulting Group's Bank of America account from GAINES' Bankers Trust account 0399.

k.      On or about November 16, 2018, REES instructed GAINES to wire $100,000 from Big Thunder's Charles Schwab account 0775 to Veritas Group's Cumberland Security Bank account 4377 to fund the use of international nominees.

l.      On or about February 15, 2019, REES transferred $50,000 from US Bank IOLTA account ending 7382 to GAINES' Parkway Bank checking account ending 3202, as proceeds from the sale of LVVV stock.

m.      On or about February 25, 2019, REES text messaged MILLER regarding the sale of CURR stock for GAINES:   "We are selling.   [JC] is on a conf call with broker firm and can update in about 30 minutes."

These acts were in violation of 18 U.S.C. § 371.

## Counts 2 – 5
## Securities Fraud
## (15 U.S.C. § 78j(b) & 17 C.F.R. § 240-10b-5)

4.     Beginning at least as early as on or about January 1, 2017, and continuing to the present, Defendants IRA GAINES, ERIC MILLER, SUE MCCLUSKEY, and DAVID REES, individually and through various entities, along with other individuals and entities, acting in connection with the purchase or sale of a security, and acting knowingly, willfully and with the intent to defraud, employed a device, scheme or artifice to defraud, made untrue statements about or omitted a statement of material fact, and engaged in a practice that operated as a fraud, and in doing so made use of or caused the use of any means or instrumentality of interstate commerce, use of the mails, or use of a national securities exchange.

5.     With each instance being a separate count, Defendants engaged in the following deceptions:

| Count | Date (on or about) | Stock Ticker Symbol | Activity |
|---|---|---|---|
| 2 | 12/6/2018 | CURR | Attorney DT authored opinion letter falsely attesting that CURR shares should be unrestricted |
| 3 | 3/28/2019 | LVVV | Attorney DT authored opinion letter falsely attesting that LVVV shares should be unrestricted |
| 4 | 4/30/2019 | GRNH | CR engaged in a promotional campaign for GRNH, as directed by GAINES |
| 5 | 6/10/2020 | ADMQ | CR engaged in a promotional campaign for ADMQ, as directed by GAINES |

This conduct was in violation of 15 U.S.C. § 78j(b) & 17 C.F.R. § 240-10b-5, and 18 U.S.C. § 2.

## Counts 6 - 10
## Wire Fraud
## (18 U.S.C. § 1343)

6.     Beginning at least as early as on or about January 1, 2017, and continuing to the present, in the District of Arizona and elsewhere, Defendants IRA GAINES, ERIC

4

MILLER, SUE MCCLUSKEY, and DAVID REES, individually and acting through various entities, along with other individuals and entities known and unknown, knowingly and willfully devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses and representations, and by the concealment and omission of material facts.

7.     On the dates specified below, for the purpose of executing and attempting to execute the scheme or artifice to defraud and to obtain money and property, Defendants individually and doing business under the entities described above, along with other individuals and entities, knowingly transmitted and caused to be transmitted, by means of interstate wire and radio communications in interstate commerce, certain writings, pictures, signals and sounds, to and from the District of Arizona and elsewhere, as follows, with each instance being a separate count:

| Count | Date (on or about) | Sender | Recipient | Content |
|-------|--------------------|--------|-----------|---------|
| 6 | 11/2/2018 | V Stock Transfer | Big Thunder, LLC | Issuance of CURR stock to nominee Big Thunder |
| 7 | 11/16/2018 | Charles Schwab acct 0755 | Cumberland Security Bank acct 4377 | Payment, directed by REES, re LVVV stock, from Big Thunder to Veritas Group |
| 8 | 4/4/2019 | Bankers Trust Co acct 4658 | Bank of America acct 6339 | Payment of $107,500 to RS re GRNH certificates CS1-8163, 8164 |
| 9 | 4/8/2019 | Bankers Trust Co acct 4658 | Bank of America acct 6339 | Payment of $50,150 to RS, Fidelity Transfer Services, re GRNH certificate CS1-8157 |
| 10 | 6/10/20 | Bankers Trust Co acct 0787 | JP Morgan Chase acct 4131 | Payment of $25,000 to CR for one-week marketing campaign for ADMQ stock |

These acts were in violation of 18 U.S.C. §§ 1343 & 2.

**Counts 11 – 18**
**Transactional Money Laundering**
**(18 U.S.C. § 1957)**

8.    On the dates listed below, Defendants IRA GAINES, ERIC MILLER, SUE MCCLUSKEY, and DAVID REES, individually and through various entities, along with other individuals and entities, knowingly engaged and attempted to engage in the following monetary transactions in the United States in criminally derived property of a value exceeding $10,000, derived from specified unlawful activity, namely the violation of 18 U.S.C. § 1343 (wire fraud scheme), with each instance being a separate count:

| Count | Date (on or about) | Transaction Amount | Financial Institution | Transaction |
|---|---|---|---|---|
| 11 | 7/3/2019 | $36,449.20 | HSBC acct. 0893 | MN transferred funds from sale of CURR stock shares from HSBC brokerage acct to HSBC bank acct. 2764 |
| 12 | 7/26/2019 | $150,000.00 | HSBC acct. 0893 | MN transferred funds from sale of CURR stock shares from HSBC brokerage acct to HSBC bank acct. 2764 |
| 13 | 7/26/2019 | $250,000.00 | HSBC acct. 0893 | MN transferred funds from sale of CURR stock shares from HSBC brokerage acct to HSBC bank acct. 2764 |
| 14 | 11/19/2018 | $50,000 | Cumberland Sec. Bank acct. 4377 | DT transferred to The Vincent Group's US Bank acct. 7382 re GNRH stock |
| 15 | 11/19/2018 | $25,000 | Cumberland Sec. Bank acct. 4377 | DT transferred to Cinnamon Castiner's TIAA acct. 5323 re GNRH stock |
| 16 | 7/13/2020 | $10,470.00 | Edward Jones acct. 845 | GAINES transferred to Bankers Trust acct. from sale of ADMQ shares |
| 17 | 8/24/2020 | $85,815.89 | Edward Jones acct. 845 | GAINES transferred to Bankers Trust acct. from sale of ADMQ shares |
| 18 | 12/15/19 | $50,000 | US Bank IOLTA acct. 7382 | REES transferred funds to GAINES' Parkway Bank acct. 3202 related to LVVV, |

| | | | | comingled with other stock MN sold |
|---|---|---|---|---|

These acts were in violation of 18 U.S.C. §§ 1957 and 2.

### Counts 19 – 27
### Concealment Money Laundering
### 18 U.S.C. § 1956(a)(1)(B)

9.     On the dates listed below, Defendants IRA GAINES, ERIC MILLER, SUE MCCLUSKEY, and DAVID REES, individually and acting through various entities, along with other individuals and entities known and unknown, knowingly engaged and attempted to engage in the following monetary transactions in the United States in property criminally derived from specified unlawful activity, namely the violation of 18 U.S.C. § 1343 (wire fraud scheme), and acted with the knowledge that the transactions were designed in whole or part to disguise the nature, location, source, ownership, or control of the proceeds of the unlawful activity, with each instance being a separate count:

| Count | Date (on or about) | Transaction | Institution | Description |
|---|---|---|---|---|
| 19 | 11/2/2018 | 100,000 shares CURR stock | V Stock Transfer | Issuance of CURR stock certificate in name of Big Thunder |
| 20 | 11/20/2018 | 100,000 shares CURR stock | V Stock Transfer | Issuance of CURR stock certificate in name of MN |
| 21 | 1/2/2019 | 35,000 shares of CURR stock | V Stock Transfer | Issuance of CURR stock certificate in name of MN |
| 22 | 10/31/2018 | 15,000,000 shares of LVVV stock | Cont. Stock Trans. & Trust | Issuance of LVVV stock certificate LE00711 in name of  Big Thunder |
| 23 | 11/26/2018 | 15,000,000 shares of LVV stock | Cont. Stock Trans. & Trust | Big Thunder cancelled stock certificate no. 700 for 15,000,000 shares and reissued in book form for DWAC to MN |
| 24 | 3/22/2019 | 10,000,000 shares of LVVV stock | Cont. Stock Trans. & Trust | Gaines cancelled stock certificate no. 681 for 10,000,000 shares and |

| | | | | reissued in book form for DWAC to CH |
|---|---|---|---|---|
| 25 | 4/4/2019 | 7,000,000 shares of GRNH stock | Fidelity Transfer Services | Issuance of GRGH stock certificate CS1-8164 in name of PP |
| 26 | 4/8/2019 | 8,500,000 shares of GRNH stock | Fidelity Transfer Services | Issuance of GRGH stock certificate CS1-8167 in name of PP |
| 27 | 2/28/2019 | 1,500,000 shares of ADMQ stock | Nevada Agency and Transfer Company | Issuance of ADMQ stock in name of CH |

These acts were in violation of 18 U.S.C. §§ 1956(a)(1)(B)& 2.

**Counts 28 – 32**
**Aggravated Identity Theft**
**18 U.S.C. § 1028A**

10.     On or about the dates listed below, in the District of Arizona and elsewhere, Defendants IRA GAINES, ERIC MILLER, SUE MCCLUSKEY, and DAVID REES, individually and acting through various entities, along with other individuals and entities, during and in relation to the wire fraud scheme set forth above, knowingly transferred, possessed and used, without lawful authority, a means of identification of another person, with each instance being a separate count:

| Count | Date (on or about) | Identity | Activity |
|---|---|---|---|
| 28 | 3/18/2019 | CH | Name used for issuance of 10,000,000 LVVV stock shares |
| 29 | 3/19/2019 | CH | Name used for issuance of 10,000,000 LVVV stock shares |
| 30 | 3/19/2019 | CH | Name on letter to transfer agent re LVVV stock shares |
| 31 | 8/9/2017 | JH | Name used for issuance of 500,000 GRNH stock shares |
| 32 | 2/28/19 | CH | Name used for issuance of 1,500,000 ADMQ stock shares |

These acts were in violation of 18 U.S.C. §§ 1028A & 2.

I further state that I am a Supervisory Special Agent with the IRS – Criminal Investigations, and this complaint is based on the facts in the attached **Statement of Probable Cause, which is incorporated by reference herein.**

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐No

AUTHORIZED BY: Monica Klapper & Gary Restaino, AUSAs

Kathleen Neri, IRS-CI Special Agent
Name of Complainant                                    Signature of Complainant

Sworn to telephonically
December 14, 2020 @ 3:23 pM at   Phoenix, Arizona
Date                                                    City and State

United States Magistrate Judge
HONORABLE DEBORAH M. FINE                Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Supervisory Special Agent Kathleen Neri, IRS – CI, having been duly sworn, depose and state the following:

### I.  INTRODUCTION

1.      I am a Supervisory Special Agent with Internal Revenue Service Criminal Investigation (IRS-CI) and have been so employed since October 2009.   I have participated in many investigations of alleged violations of the Internal Revenue Service laws (Title 26, United States Code), the Bank Secrecy Act (Title 31, United States Code), money laundering and fraud statutes (Title 18, United States Code) and related offenses. Prior to my employment with the IRS-CI, I was a forensic accounting manager with Eide Bailly, LLC Forensic Accounting and Investigative Services, specializing in fraud detection, prevention and investigation.   I am a Certified Fraud Examiner and a Certified Forensic Interviewer.

2.      The following information is based on my personal observations, the observations of other federal agents involved in the investigation, and a review of records and evidence obtained throughout the investigation.   I and other federal agent have reviewed stock transaction records, bank records, e-mails, text messages, and other documents seized during a search warrants executed during this investigation.   I and other federal agents have engaged in dozens of witness interviews and have listened to dozens of recordings of telephone calls and other conversations provided by one or more confidential sources.   If called upon, I could competently testify to the truth, completeness and accuracy of the allegations in the complaint, as well as the probable cause supporting each charge in the complaint, as set forth further below.

### II.  BACKGROUND AND INVESTIGATION

3.      Beginning in about January of 2017, IRA GAINES orchestrated a scheme to engage in fraudulent microcap stock transactions, assisted by ERIC MILLER, SUE MCCLUSKEY, DAVID REES, and others.   The stock transactions involved:   (1) using

1

individuals and entities as nominees to hold, convert, and sell the stock – designed to conceal the true ownership of the stock; (2) obtaining "unrestricted" stock status by fraud – designed to position the stock for public trading; and (3) falsely promoting the stock – designed to create an apparent market for the stock in anticipation of selling it.   Limited to the four microcap stocks described herein, GAINES and his co-conspirators manipulated more than $2 million worth of microcap stock in this manner, resulting in more than $800,00 to the group.

### Individuals and Entities Involved

4.     IRA GAINES resides in Phoenix, AZ, and is the sole owner of Peachtree Partners, LLC, a hard-money lender located at 1819 East Morton Avenue, Suite 180, Phoenix, Arizona, and registered with the Arizona Corporation Commission ("ACC") on June 21, 1996.

       a.     GAINES owns or controls Big Thunder, LLC, which was registered with the ACC on August 30, 2017, with the same Morton Avenue address.

       b.     GAINES owns or controls IG Starr, LLC, which was registered with the ACC on November 15, 2010, with the same Morton Avenue address.

       c.     GAINES owns or controls Paradise Wire & Cable, LLC, which was registered with the ACC on January 15, 2002, with the same Morton Avenue address.

       d.     GAINES is married to CG (AKA CH), and her son is JH.

       e.     GAINES has not filed personal or corporate tax returns for at least 2016, 2017, and 2018.

5.     ERIC MILLER resides in Paradise Valley, AZ, and has been employed by GAINES at Peachtree Partners since late 2016.   MILLER was hired to manage and facilitate GAINES' stock transactions.

       a.     MILLER conducted most of the transactions set forth herein, directed by GAINES.

       b.     MILLER is paid by GAINES in cash or cash equivalent, with no

employment taxes withheld, no Form W-2 or 1099 provided, and no income taxes paid.

6.    SUE MCCLUSKEY resides in Phoenix, AZ, and has been employed by GAINES at Peachtree Partners as the office manager since at least 2000.   MCCLUSKEY is paid by GAINES in cash or cash equivalent, with no employment taxes withheld, no Form W-2 or 1099 provided, and no income taxes paid.

    a.    MCCLUSKEY is married to TM.

    b.    GAINES and MCCLUSKEY incorporated Big Thunder in the name of TM to conceal GAINES' identity as its true owner.

7.    DAVID REES resides in Salt Lake City, Utah, and is an attorney in the firm Vincent & Rees.

    a.    In 2012, REES was permanently barred by the U.S. Securities and Exchange Commission ("SEC") from providing legal services in connection with the purchase or sale of securities.

    b.    Until recently, a person known as Carter Jamison was an assistant to REES.

8.    PP and MN both reside outside of the United States.

    a.    PP resides in Canada and was used as an international nominee for GAINES, facilitated by REES.

    b.    MN resides in Bermuda and is associated with Veritas Group, Limited, also located in Bermuda; he was used as an international nominee for GAINES, also facilitated by REES.

9.    CR is affiliated with entity CBJ Consulting Group.   He was used to fraudulently promote stock in anticipation of its of sale.

10.    DT is an attorney.   He was used to author opinion letters and other documents necessary to fraudulently convert restricted stock shares (shares that cannot be publicly traded) into unrestricted stock shares (shares that can be publicly traded).

11.    RS is a stock transfer agent affiliated with entity Fidelity Transfer Services,

3

which was used as the stock transfer agent for GNRH.   He was used to fraudulently convert restricted stock shares into unrestricted stock shares.

### The Use of Nominees

12.     In 2004, the SEC issued an order permanently enjoining GAINES from engaging in certain securities transactions.   Sometime after that date, stock brokerage firms declined to open or retain stock trading accounts for GAINES.

13.     As a result, GAINES used his wife's maiden name, CH, to open stock trading accounts, and directed the transfer of stock certificates in her name and/or the name of her son, JH.   GAINES was the true owner/controller of the trading accounts, stock shares, and any related bank accounts.

14.     When stock brokerage firms realized the family connection and closed the accounts in CH's name, GAINES directed office manager SUE MCCLUSKEY to create entity Big Thunder, LLC, in the name of her husband, TM.   GAINES also directed her to open stock trading accounts in the name of Big Thunder and directed the corresponding stock transactions.   GAINES was the true owner/controller of the entity, the trading accounts, the stock certificates, and any related bank accounts.

15.     GAINES then began trading in marijuana-related microcap stock, which domestic brokerage firms would not transact.   He looked to international nominees to open stock trading accounts and engage in stock transactions on his behalf.   REES assisted GAINES in establishing international nominees to engage in these transactions, most notably PP and MN.

### Stock Ticker Symbols CURR, LVVV, GRNH, and ADMQ

16.     CURR (Cure Pharmaceutical Holdings Corp.):   In a series of transactions occurring during 2017, 2018, and 2019, GAINES used nominees Big Thunder and MN to convert and sell 135,000 shares of CURR stock.

        a.     100,000 restricted shares (shares that could not be publicly traded) were acquired by GAINES in 2017, transferred in 2018 first to Big Thunder and then to MN, converted by attorney DT at the direction of GAINES into unrestricted

shares (shares that could be publicly traded), and then sold by MN, on behalf of GAINES, in 2019.

b.     35,000 restricted shares were acquired in two tranches by GAINES in 2017, transferred to MN in 2018, fraudulently converted into unrestricted shares, and then sold by MN, on behalf of GAINES, in 2019.

c.     The combined proceeds to GAINES and others were $697,000.

17.     GRNH (GreenGro Technologies, Inc.):   GAINES owned 17,000,000 shares of previously-purchased unrestricted shares of GNRH stock.   GAINES attempted to use nominees MN and PP to sell GRNH stock outside of the United States.

a.     In November of 2018, GAINES directed RS to transfer 4,000,000 shares to nominee MN, for eventual sale overseas.

b.     In April of 2019, GAINES purchased an additional 20,500,000 shares of GNRH and paid transfer agent RS (Fidelity Transfer Services) to issue unrestricted shares directly into the name of nominee PP.

c.     On April 30, 2019, GAINES directed an $8,000 payment to CR to promote the stock.

d.     PP's overseas brokerage account was closed before she could sell the stock.

18.     LVVV (Livewire Ergogenics, Inc.):   In a series of transactions occurring during 2017, 2018, and 2019, GAINES used nominees CH, Big Thunder, and MN to position 26,000,0000 shares of LVVV stock for sale.

a.     GAINES or his nominees acquired the stock shares in five tranches totaling 34,000,000, and GAINES transferred the vast majority of the shares to nominees CH, Big Thunder, and MN in anticipation of the sale of the shares.

b.     On November 16, 2018, REES directed GAINES to transfer $100,000 to Veritas Group's bank account for use in international nominee transactions.

c.     In March of 2019, GAINES directed the conversion of certain

5

restricted shares into unrestricted shares via attorney DT.

        d.     The disposition of these shares after being transferred overseas to nominee MN is unknown at this time.

19.    <u>ADMQ (ADM Endeavors, Inc.)</u>:    In 2019 and 2020, GAINES used nominee CH to acquire 1,500,000 unrestricted shares of ADMQ stock and sell it on his behalf.

        a.     In June, 2020, GAINES paid CR $25,000 for a marketing campaign to promote the stock and sell the shares at an inflated price.

        b.     The proceeds to GAINES and others were $115,418.

## III.  ADDITIONAL FACTS SUPPORTING SPECIFIC CHARGES

20.    Specific overt acts supporting a charge of conspiracy include the following acts committed by GAINES, MILLER, MCCLUSKEY, and/or REES:

        a.     Between about February 28, 2019 and August 24, 2020, GAINES used CH as a nominee to obtain 1,500,000 shares of ADMQ stock (by using a false consulting agreement) and to sell the stock for more than $100,000.

        b.     Between about April 4 and 8, 2019, GAINES directed transfer agent RS of Fidelity Transfer Services to issue unrestricted shares of GRNH stock to nominee PP, in exchange for more than $250,000.

        c.     On about April 30, 2019, GAINES directed a wire transfer of $8,000 from his Banker's Trust Co. account ending 0399 to CBJ Consulting Group's Bank of America account ending 4949 for a promotional campaign for GRNH stock.

        d.     On about June 10, 2020, GAINES wired $25,000 to CR (CBJ Consulting Group) from his Banker's Trust account 4131 for a promotional campaign for ADMQ stock.

        e.     On or about December 5, 2019, MILLER discussed PP's cost for serving as a nominee for GAINES' stock transactions; PP said she would charge "about 25%" to clear stock and deposit funds into her Grand Cayman bank account.

        f.     On or about April 29, 2019, MILLER engaged in e-mail

correspondence with GAINES, REES, and JC discussing the strategic sale of GRNH stock by nominees.

g.    On or about April 4, 2019, MILLER e-mailed GAINES, REES, and CJ about the disposition of GRNH stock; and GAINES instructed MILLER to "tell them to start selling a million a day[,] let's [get] [C]arlos on board for Monday."

h.    On or about March 19, 2019, MCCLUSKEY signed the name of CH on a letter to a transfer agent regarding the transfer of LVVV stock shares.

i.    In or around August of 2017, MCCLUSKEY changed the drafted operating agreement for Big Thunder to substitute the name TM for GAINES as the manager.

j.    On or about April 19, 2019, MCCLUSKEY received an "Outgoing Funds Transfer Advice" of $6,000 sent to CBJ Consulting Group's Bank of America account from GAINES' Bankers Trust account 0399.

k.    On or about November 16, 2018, REES instructed GAINES to wire $100,000 from Big Thunder's Charles Schwab account ending 0775 to Veritas Group's Cumberland Security Bank account 4377 to fund the use of international nominees.

l.    On or about February 15, 2019, REES transferred $50,000 from US Bank IOLTA account 7382 to GAINES' Parkway Bank checking account 3202, as proceeds from the sale of LVVV stock.

m.    On or about February 25, 2019, REES text messaged MILLER regarding the sale of CURR stock for GAINES:  "We are selling.  [JC] is on a conf call with broker firm and can update in about 30 minutes."

21.    Specific acts supporting charges of securities fraud against GAINES, MILLER, MCCLUSKEY, and/or REES include the following:

| Date (on or about) | Stock Ticker Symbol | Activity |
|---|---|---|
| 12/6/2018 | CURR | Attorney DT authored opinion letter falsely attesting that CURR shares should be unrestricted |

7

| 3/28/2019 | LVVV | Attorney DT authored opinion letter falsely attesting that LVVV shares should be unrestricted |
| 4/30/2019 | GRNH | CR engaged in a promotional campaign for GRNH, as directed by GAINES |
| 6/10/2020 | ADMQ | CR engaged in a promotional campaign for ADMQ, as directed by GAINES |

22.     Specific facts supporting charges of wire fraud against GAINES, MILLER, MCCLUSKEY, and/or REES include the following:

| Date (on or about) | Sender | Recipient | Content |
|---|---|---|---|
| 11/2/2018 | V Stock Transfer | Big Thunder, LLC | Issuance of CURR stock to nominee Big Thunder |
| 11/16/2018 | Charles Schwab acct 0755 | Cumberland Security Bank acct 4377 | Payment, directed by REES, re LVVV stock, from Big Thunder to Veritas Group |
| 4/4/2019 | Bankers Trust Co acct 4658 | Bank of America acct 6339 | Payment of $107,500 to RS  re GRNH certificates CS1-8163, 8164 |
| 4/8/2019 | Bankers Trust Co acct 4658 | Bank of America acct 6339 | Payment of $50,150 to RS, Fidelity Transfer Services, re GRNH certificate CS1-8157 |
| 6/10/20 | Bankers Trust Co acct 0787 | JP Morgan Chase acct 4131 | Payment of $25,000 to CR for one-week marketing campaign for ADMQ stock |

23.     Specific facts supporting charges of transactional money laundering against GAINES, MILLER, MCCLUSKEY, and/or REES include the following:

| Date (on or about) | Transaction Amount | Financial Institution | Transaction |
|---|---|---|---|
| 7/3/2019 | $36,449.20 | HSBC acct. 0893 | MN transferred funds from sale of CURR stock shares from HSBC brokerage acct to HSBC bank acct. 2764 |
| 7/26/2019 | $150,000.00 | HSBC acct. 0893 | MN transferred funds from sale of CURR stock shares from HSBC brokerage acct to HSBC bank acct. 2764 |
| 7/26/2019 | $250,000.00 | HSBC acct. 0893 | MN transferred funds from sale of CURR stock shares from HSBC brokerage acct to HSBC bank acct. 2764 |

| 11/19/2018 | $50,000 | Cumberland Sec. Bank acct. 4377 | DT transferred to The Vincent Group's US Bank acct. 7382 re GNRH stock |
| 11/19/2018 | $25,000 | Cumberland Sec. Bank acct. 4377 | DT transferred to Cinnamon Castiner's TIAA acct. 5323 re GNRH stock |
| 7/13/2020 | $10,470.00 | Edward Jones acct. 845 | GAINES transferred to Bankers Trust acct. from sale of ADMQ shares |
| 8/24/2020 | $85,815.89 | Edward Jones acct. 845 | GAINES transferred to Bankers Trust acct. from sale of ADMQ shares |
| 12/15/19 | $50,000 | US Bank IOLTA acct. 7382 | REES transferred funds to GAINES' Parkway Bank acct. 3202 related to LVVV, comingled with other stock MN sold |

24.     Specific facts supporting charges of concealment money laundering against GAINES, MILLER, MCCLUSKEY, and/or REES include the following:

| Date (on or about) | Transaction | Institution | Description |
| --- | --- | --- | --- |
| 11/2/2018 | 100,000 shares CURR stock | V Stock Transfer | Issuance of CURR stock certificate in name of Big Thunder |
| 11/20/2018 | 100,000 shares CURR stock | V Stock Transfer | Issuance of CURR stock certificate in name of MN |
| 1/2/2019 | 35,000 shares of CURR stock | V Stock Transfer | Issuance of CURR stock certificate in name of MN |
| 10/31/2018 | 15,000,000 shares of LVVV stock | Cont. Stock Trans. & Trust | Issuance of LVVV stock certificate LE00711 in name of Big Thunder |
| 11/26/2018 | 15,000,000 shares of LVV stock | Cont. Stock Trans. & Trust | Big Thunder cancelled stock certificate no. 700 for 15,000,000 shares and reissued in book form for DWAC to MN |
| 3/22/2019 | 10,000,000 shares of LVVV stock | Cont. Stock Trans. & Trust | Gaines cancelled stock certificate no. 681 for 10,000,000 shares and reissued in book form for DWAC to CH |

| 4/4/2019 | 7,000,000 shares of GRNH stock | Fidelity Transfer Services | Issuance of GRGH stock certificate CS1-8164 in name of PP |
|---|---|---|---|
| 4/8/2019 | 8,500,000 shares of GRNH stock | Fidelity Transfer Services | Issuance of GRGH stock certificate CS1-8167 in name of PP |
| 2/28/2019 | 1,500,000 shares of ADMQ stock | Nevada Agency and Transfer Company | Issuance of ADMQ stock in name of CH |

25.    Specific facts supporting charges of aggravated identity theft against GAINES, MILLER, MCCLUSKEY, and/or REES include the following:

| Date (on or about) | Identity | Activity |
|---|---|---|
| 3/18/2019 | CH | Name used for issuance of 10,000,000 LVVV stock shares |
| 3/19/2019 | CH | Name used for issuance of 10,000,000 LVVV stock shares |
| 3/19/2019 | CH | Name on letter to transfer agent re LVVV stock shares |
| 8/9/2017 | JH | Name used for issuance of 500,000 GRNH stock shares |
| 2/28/19 | CH | Name used for issuance of 1,500,000 ADMQ stock shares |

26.    I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

12/14/2020
Executed on (Date)

Kathleen Neri, Supervisory Special Agent
IRS – Criminal Investigation

X   Sworn by telephone

Date/Time: 12/14/20 @ 3:23pm

HONORABLE DEBORAH M. FINE
United States Magistrate Judge

10