# UNITED STATES DISTRICT COURT
## ARIZONA – PHOENIX
### January 5, 2021

USA v. Eric J. Miller      Case Number: 20-05304MJ-002-PHX-DMF

## ORDER SETTING CONDITIONS OF RELEASE

☒ **PERSONAL RECOGNIZANCE**
☐ **AMOUNT OF BOND:**
    ☐ UNSECURED
    ☐ SECURED BY:
    **SECURITY TO BE POSTED BY:**

**NEXT APPEARANCE:**      or as directed through counsel
☐ 401 West Washington St., Phoenix, AZ, Courtroom #   ,    Floor

FILED / RECEIVED    JAN 5 2020    CLERK U S DISTRICT COURT DISTRICT OF ARIZONA

**IT IS ORDERED** that defendant is subject to the following conditions and shall:

☒     promise to appear at all proceedings as required and to surrender for service of any sentence imposed.

☒     not commit any federal, state or local crime.

☒     cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

☒     IMMEDIATELY advise his/her attorney and Pretrial Services, in writing, PRIOR to any change in residence address, mailing address and telephone number.

☒     maintain or actively seek employment (combination work/school) and provide proof of such to Pretrial Services.

☒     not travel outside of Arizona unless PRIOR Court or Pretrial Services permission is granted to do so.

☒     avoid all direct or indirect contact with persons who are co-defendants.

☒     shall report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350; 401 W. Washington St., Suite 260, Phoenix, AZ 85003.

☒     surrender all travel documents to Pretrial Services by January 8, 2021 and shall not obtain a passport or other travel document during the pendency of these proceedings.

☒     maintain weekly contact with his/her attorney by Friday, noon of each week.

## ADVICE OF PENALTIES AND SANCTIONS

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.

| USA v. Eric J. Miller | Case Number: 20-05304MJ-002-PHX-DMF |
|---|---|

**January 5, 2021**

Page 2 of 2

If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE: 1/5/21 | SIGNATURE OF DEFENDANT: *Eric Miller* |
|---|---|

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF CUSTODIAN(S) |
|---|
|  |

**Directions to United States Marshal:**

☒ The defendant is ORDERED released after processing.

☐ The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

DATE: January 5, 2021

*Michelle Burns*
Michelle H. Burns
United States Magistrate Judge

USA, PTS/PROB, USM, DEFT, DEFT ATTY