# WAIVER OF INDICTMENT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

FILED ☐ LODGED ☐
RECEIVED ☐ COPY ☐

FEB 17 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America,

    Plaintiff,

vs.

Eric J. Miller,

    Defendant.

No.

CR-21-00095-PHX-SPL

ERIC MILLER, who is accused of committing conspiracy in violation of 18 U.S.C. § 371, being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents to the proceeding by information.

*/s/ Eric Miller*
ERIC J. MILLER
Defendant

*/s/ Jay V. Surgent*
JAY V. SURGENT
Counsel for Defendant

Date 2/4/21