MICHAEL BAILEY
United States Attorney
District of Arizona

MONICA B. KLAPPER
Assistant United States Attorney
Arizona State Bar No. 013755
Monica.Klapper@usdoj.gov

GARY M. RESTAINO
Assistant United States Attorney
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov

Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Monica.Klapper@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Eric J. Miller,<br><br>   Defendant. | CR-21-00095-PHX-SPL<br><br>**I N F O R M A T I O N**<br><br>VIO: 18 U.S.C. § 371<br>   Conspiracy |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT ONE**
**Conspiracy, 18 U.S.C. § 371**

1. Beginning at least as early as on or about January 1, 2017, and continuing to December 17, 2021, in the District of Arizona and elsewhere, Defendant ERIC MILLER individually and acting through various entities, and acting with other individuals and entities, knowingly and willfully agreed and conspired with Ira Gaines, Sue McCluskey, David Rees and others to commit the following offenses against the United States:

securities fraud, in violation of 15 U.S.C. 78j(b) & 17 C.F.R. § 240-10b-5; wire fraud, in violation of 18 U.S.C. § 1343; money laundering, in violation of 18 U.S.C. §§ 1956 and 1957; and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

**Manner and Means of the Conspiracy**

2.  The manner and means used by Defendants and others, individually and acting through various entities, to effect the objects of the conspiracy and scheme to defraud, included the following:

   a.  Defendants participated with each other and others to conceal Gaines' identity as the true owner of certain entities, stock shares, and bank accounts. Gaines' identity was concealed from stock regulators, stock brokerage firms, and taxing authorities.

   b.  Additionally, Defendants in many instances fraudulently converted restricted stock, or stock that could not be freely traded on a public exchange, into unrestricted stock that could be publicly traded.

   c.  Additionally, Defendants in several instances hired third parties to falsely promote the stock, to create a market for the stock in anticipation of selling the stock at in inflated price.

**Overt Acts of the Conspiracy**

3.  In furtherance of the conspiracy, and to effect the objects of the conspiracy, Defendants, acting individually and through various entities, along with other individuals and entities, committed or caused to be committed, overt acts in the District of Arizona and elsewhere, including but not limited to the following:

   a.  Between about February 28, 2019 and August 24, 2020, Gaines used CH as a nominee to obtain 1,500,000 shares of ADMQ stock (by using a false consulting agreement) and to sell the stock for more than $100,000.

   b.  Between about April 4 and 8, 2019, Gaines directed transfer agent RS of Fidelity Transfer Services to issue unrestricted shares of GRNH stock to nominee

PP, in exchange for more than $250,000.

  c. On about April 30, 2019, Gaines directed a wire transfer of $8,000 from his Banker's Trust Co. account ending 0399 to CBJ Consulting Group's Bank of America account ending 4949 for a promotional campaign for GRNH stock.

  d. On about June 10, 2020, Gaines wired $25,000 to CR (CBJ Consulting Group) from his Banker's Trust account 4131 to fund a promotional campaign for ADMQ stock.

  e. On or about December 5, 2019, MILLER discussed PP's cost for serving as a nominee for Gaines' stock transactions; PP said she would charge "about 25%" to clear stock and deposit funds into her Grand Cayman bank account.

  f. On or about April 29, 2019, MILLER engaged in e-mail correspondence with Gaines, Rees, and JC discussing the strategic sale of GRNH stock by nominees.

  g. On or about April 4, 2019, MILLER e-mailed Gaines, Rees, and CJ about the disposition of GRNH stock; and Gaines instructed MILLER to "tell them to start selling a million a day[,] let's [get] [C]arlos on board for Monday."

  h. On or about March 19, 2019, Mccluskey signed the name of CH on a letter to a transfer agent regarding the transfer of LVVV stock shares.

  i. In or around August of 2017, Mccluskey changed the drafted operating agreement for Big Thunder to substitute the name TM for Gaines as the manager.

  j. On or about April 19, 2019, Mccluskey received an "Outgoing Funds Transfer Advice" of $6,000 sent to CBJ Consulting Group's Bank of America account from GAINES' Bankers Trust account 0399.

  k. On or about November 16, 2018, Rees instructed Gaines to wire $100,000 from Big Thunder's Charles Schwab account 0775 to Veritas Group's Cumberland Security Bank account 4377 to fund the use of international nominees.

l.      On or about February 15, 2019, Rees transferred $50,000 from US Bank IOLTA account ending 7382 to Gaines' Parkway Bank checking account ending 3202, as proceeds from the sale of LVVV stock.

m.     On or about February 25, 2019, Rees text messaged MILLER regarding the sale of CURR stock for Gaines: "We are selling. [JC] is on a conf call with broker firm and can update in about 30 minutes."

These acts were in violation of 18 U.S.C. § 371.

Dated this 1st day of February, 2021.

MICHAEL BAILEY
United States Attorney
District of Arizona

MONICA KLAPPER *Digitally signed by MONICA KLAPPER Date: 2021.02.01 13:33:02 -07'00'*

MONICA B. KLAPPER
GARY M. RESTAINO
Assistant U.S. Attorneys